MARCH 14, 1989

No. 88–5708.   SHRAGAI *v.* SHRAGAI.   Ct. App. N. Y.   Certiorari dismissed under this Court's Rule 53.

No. 88–6721 (A–696).   BEAM *v.* IDAHO.   Sup. Ct. Idaho.   Application to continue stay of execution of death warrant, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.